

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00733-CV

David **BENAVIDES**, M.D. and
David Benavides, M.D., P.A.,
Appellants

v.

Priscila Calzada **CANTU**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2024-CVB-000675D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellants' motion to dismiss is REVERSED, and this case is REMANDED to the trial court for entry of an order: (1) dismissing, with prejudice, Priscila Calzada Cantu's claims against David Benavides M.D. and David Benavides M.D. P.A.; and (2) awarding David Benavides M.D. and David Benavides M.D. P.A. reasonable attorney's fees and court costs. *See* TEX. CIV. PRAC. & REM. CODE § 74.351(b).

It is ORDERED that Appellant David Benavides M.D. and David Benavides M.D. P.A. recover their costs on appeal from Appellee Priscila Calzada Cantu.

SIGNED September 10, 2025.

_____
Adrian A. Spears II, Justice